

December 10, 2020

**VIA ECF**
The Honorable Alison J. Nathan
United States District Judge
United States District Court
40 Foley Square
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/10/2020
```

Re:   *United States v. Desean Bennett*, 1:15-cr-00095-AJN-22

Dear Judge Nathan:

    I was appointed as CJA counsel for Desean Bennett, who was sentenced by this Court on December 3, 2019 and is currently serving his sentence at USP Canaan. Mr. Bennett contacted my office, informing me that he may have been exposed to COVID-19 at USP Canaan, that he was being placed into quarantine and was concerned about his health, and that he would like for our office to file a motion for compassionate release on his behalf. I am in the process of trying to contact Mr. Bennett at USP Canaan, but have been informed that it could be difficult to schedule a call due to the quarantine. Due to the quarantine, I also anticipate that there will be delays in sending mail correspondence.

    I write to request that the Court order that Mr. Bennett's medical records be released to defense counsel. Access to Mr. Bennett's medical records is critical to ascertain Mr. Bennett's current health condition, and whether there are grounds for a compassionate release motion. I have conferred with the Government, and the Government has no objection to our request to the Court for access to Mr. Bennett's medical records, which would be provided as a matter of course in the event that we file a compassionate release motion.

    I also request to be reappointed as CJA counsel to explore the possibility of filing a motion for compassionate relief on behalf of Mr. Bennett.

    Thank you for your consideration of this request.

Respectfully submitted,

/s/ Kristen M. Santillo
Kristen M. Santillo

> It is hereby ORDERED that pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, and the discretion of the Court, Kristen M. Santillo is appointed as CJA counsel to represent the Defendant for the purpose of the Defendant's potentially forthcoming compassionate release motion. It is further ORDERED that Mr. Bennett's medical records be released to Kristen M. Santillo. SO ORDERED.
>
> *[signature: Alison J. Nathan]*   12/10/2020

Gelber & Santillo PLLC, 347 West 36th Street, Suite 805, New York, NY 10018
Tel: 212-227-4743 Fax: 212-227-7371