```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                :
UNITED STATES OF AMERICA,                       :
                                                :
                                                :
          -v-                                   :       15 Cr. 95 (JPC)
                                                :
DESEAN BENNETT,                                 :       ORDER
                                                :
          Defendant.                            :
                                                :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

    The Court will hold a hearing to discuss Defendant's supervised release on March 16, 2023, at 11:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.  Kristen Marie Santillo of Gelber & Santillo PLLC is reappointed as Defendant's CJA counsel.

    SO ORDERED.

Dated: March 2, 2023
       New York, New York

                                            JOHN P. CRONAN
                                      United States District Judge