UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                  -v-                                            15 Cr. 95 (JPC)

    DESEAN BENNETT,                                       ORDER

                       Defendant.
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      It is hereby ORDERED that the conditions of supervised release of Desean Bennett are modified to include compliance with location monitoring technology, as directed by and at the discretion of the U.S. Probation Department, and home detention for a period of ninety (90) days, to take effect on March 23, 2023.  During the period of home detention, Bennett is restricted to his residence at all times, except for employment, education, religious services, medical care, substance abuse treatment, mental health treatment, legal visits, court appearances, court-ordered obligations, and other activities preapproved by Probation.  Defense counsel shall file a status letter on March 21, 2023, in the event Bennett has not obtained a cell phone by that date.

      SO ORDERED.

Dated: March 16, 2023
       New York, New York

                                                        JOHN P. CRONAN
                                                   United States District Judge